UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANTHONY PAUL HARVEY (#112940)

CIVIL ACTION

VERSUS

NO. 11-418-BAJ-SCR

CHAD MENZINA, ET AL

**RULING AND
ORDER OF DISMISSAL**

The Court, having carefully considered the petition, the record, the law applicable

to this action, the Report and Recommendation of United States Magistrate Judge

Stephen C.  Riedlinger dated January 10, 2012 (doc. 15), and plaintiff's objection

thereto (doc. 16), hereby approves the Report and Recommendation of the Magistrate

Judge and adopts it as the Court's opinion herein.

Accordingly, **IT IS ORDERED** that plaintiff's complaint be, and is hereby,

dismissed without prejudice for failure to exhaust available administrative remedies

pursuant to 42 U.S.C. § 1997e(a), and with prejudice to refiling the complaint in forma

pauperis.

Baton Rouge, Louisiana, February 28, 2012.


BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA